UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:   ARLENE R. LINDSAY           DATE: 1/3/2024
          United States Magistrate Judge
                                      TIME: 2:15 PM

DOCKET NO: 23-cv-04386-ARL

CASE: Guzman v. The Gourmet Bake Shop Inc. et al

___ INITIAL CONFERENCE
___ STATUS CONFERENCE
___ SCHEDULING CONFERENCE           BY TELEPHONE  X
___ SETTLEMENT CONFERENCE
___ FINAL CONFERENCE
_X_ FAIRNESS HEARING

         APPEARANCES:        FOR PLAINTIFF:        FOR DEFENDANTS:
                             James O'Donnell       Ziyi Gao

The following rulings were made:

   Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). The Clerk of Court is directed to close the case.

                           SO ORDERED:
                               /s/